**Jonathan Nathan BROCK, Appellant,**

v.

**Jennifer M. JOYCE, Circuit Attorney of St. Louis City, Appellee.**

No. 02–1393.

United States Court of Appeals, Eighth Circuit.

Submitted March 12, 2002.

Decided March 15, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Pretrial detainee Jonathan Brock appeals the district court's[1] pre-service dismissal, under 28 U.S.C. § 1915A(b) and the *Younger*[2] abstention doctrine, of his pro se complaint seeking an injunction to stay state court criminal proceedings on the basis that they were retaliatory and brought in bad faith. We conclude that the district court did not abuse its discretion in declining to exercise jurisdiction, and we therefore affirm. We deny as moot Brock's Federal Rule of Civil Procedure 62(c), construed as a Rule 8(a)(2),

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

2. *See Younger v. Harris*, 401 U.S. 37, 46, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

FRAP, motion for an injunction pending this appeal.

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).